**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CRIMINAL DOCKET NO. 5:06CR22-4 -RLV**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** )<br>Plaintiff, )<br> )<br>vs. )<br> )<br>**JEREMIAH LAMAR TEAGUE** )<br> )<br>Defendant. )<br>_____) | **SCHEDULING ORDER** |

**THIS MATTER** is before the Court on an Order (Doc. No. 1230) granting Defendant's Motion To Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255, (Doc. No. 1) in case 5:11CV145, filed on October 13, 2011, following a remand from the Fourth Circuit Court of Appeals on the Government's Motion to remand.[1]

**IT IS, THEREFORE, ORDERED** that**:**

The Bureau of Prisons and the United States Marshals Service is hereby ORDERED to transport and produce the body of JEREMIAH LAMAR TEAGUE (USM# 20970-058), for re-sentencing on December 7, 2016, at 10:00 AM, before the Honorable Richard L. Voorhees, in the Western District of North Carolina, Statesville Courthouse, 200 West Broad Street, 2nd Floor Courtroom, Statesville, North Carolina, not later than November 16, 2016, and upon completion of the re-sentencing hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

---

[1] On October 26, 2015, the Fourth Circuit Court of Appeals remanded the case to the district court to permit the Government an opportunity to present its argument in favor of relief for appellant. On December 18, 2015, a Mandate from the Fourth Circuit Court of Appeals was filed in this matter. The Government filed a response on August 22, 2016, in support of the Petitioner's Motion to Vacate/Set Aside/Correct Sentence under 28 U. S. C. § 2255.

The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

Signed: September 27, 2016

*Richard L. Voorhees*
Richard L. Voorhees
United States District Judge