IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
NO. 5:06 CR 22-4

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>vs.<br><br>JEREMIAH LAMAR TEAGUE,<br><br>    *Defendant*. | ORDER |

UPON MOTION OF THE DEFENDANT JEREMIAH LAMAR TEAGUE (doc. no. 1241) with the consent of the UNITED STATES OF AMERICA, and pursuant to *United States v. Simmons,* 649 F.3d 237 (4th Cir. 2011), the Court hereby ORDERS that Defendant's sentence and term of commitment to the United States Bureau of Prisons is **AMENDED** to a term of time served, with a term of supervised release of five years.

All other terms and conditions of the Defendant's sentence remain unchanged. (Doc. No. 652: Judgment).

The Clerk of Court is directed to certify a copy of this ORDER to both the United States Bureau of Prisons and the United States Marshal for the Western District of North Carolina.

Signed: November 30, 2016

*/s/ Richard L. Voorhees*
Richard L. Voorhees
United States District Judge